FILED
Oct 21 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

**~~PROPOSED~~ ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | **Honorable Thomas S. Hixson** <br> U.S. Magistrate Judge | **RE:** | **RACOMA, Cornell** |
| **FROM:** | **Silvio Lugo, Chief** <br> U.S. Pretrial Services Officer | **Docket No.:** | 4:21-cr-00134-JSW-1 |

**Date:** **October 21, 2021**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Carolyn Truong                                                510-637-3754

**U.S. Pretrial Services Officer**                **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by: <br> Magistrate Judge _____  Presiding District Court Judge _____

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

*A. The defendant is permitted to travel to the Eastern District of California.*

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

/s/ Thomas S. Hixson                                        10/21/2021
**JUDICIAL OFFICER**                                        **DATE**
THOMAS S. HIXSON, U.S. MAGISTRATE JUDGE