**FILED**
Feb 11 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

~~PROPOSED~~ **ORDER/COVER SHEET**

**TO:** Honorable Thomas S. Hixson          **RE:** Racoma, Cornell
U.S. Magistrate Judge

**FROM:** Sheri Broussard,                   **Docket No.:** 4:21-cr-00134-JSW-1
U.S. Pretrial Services Officer

**Date:** February 11, 2022

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Sheri Broussard                              415-436-7511
**U.S. Pretrial Services Officer**           **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☑ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. __by Zoom__ on __2/15/2022__ at __11:00 a.m.__.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding  District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

  A.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

_____

_____        2/11/2022
**JUDICIAL OFFICER**             **DATE**
Thomas S. Hixson, U.S. Magistrate Judge