**~~PROPOSED~~ ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| TO: | Honorable Thomas S. Hixson<br>U.S. Magistrate Judge | RE: | Cornell Jerome Racoma |
| FROM: | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | Docket No.: | 4:21-CR-00134-1 |

Date:   3/31/22

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Timothy Elder                                                               (415)436-7519

U.S. Pretrial Services Officer                                      **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☑ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. __by Zoom__ on __4/6/2022__ at __12:00 PM Duty Calendar__.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

A.   _____

B.   _____

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

_____

_____           _____3/31/2022_____
**JUDICIAL OFFICER**                                              **DATE**
Thomas S. Hixson, U.S. Magistrate Judge